PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Taurean Gordon          **Docket Number:** 02-00094-001
         **PACTS Number:** 31927

**Name of Original Sentencing Judicial Officer:** Honorable Alfred M. Wolin
**Reassigned to Judicial Officer:** Honorable Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 12/16/2002

**Original Offense:** Distribution of a Controlled Substance (Marijuana/PCP)

**Original Sentence:** 37 months imprisonment; 3 years supervised release; $100 special assessment.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 06/08/07

**Assistant U.S. Attorney:** Scott Resnik, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Michael A. Armstrong, Esq., 79 Mainbridge Lane, Willingboro, New Jersey 086046, (609) 877-5511

---

## PETITIONING THE COURT

[X] To issue a warrant as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 28, 2008, Gordon was arrested by the Newark Police Department and charged with murder/criminal homicide (2C:11-3A), possession of a weapon for an unlawful purpose (2C:39-4), possession of a weapon (2C:39-5), and conspiracy (2C:5-2). |
| | Gordon is presently incarcerated at the Essex County Jail on $500,000 bail. |

PROB 12C - Page 2
Taurean Gordon

2  The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

Gordon failed to submit his February 2008 and March 2008 monthly supervision reports.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 10/06/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

10-7-08
Date